THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Richard Dermont
 Horry, Appellant.
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No. 2008-UP-349
 Submitted July 1, 2008  Filed July 9,
2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Richard Dermont Horry pled guilty to trafficking
 cocaine, possession of cocaine with intent to distribute within proximity, and
 possession of a firearm during the commission of a violent crime.  Horry
 received concurrent sentences of fifteen, ten, and five years.  He appeals his
 guilty plea, arguing it was involuntary.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Horrys appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED. 
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.